Percy A. Countryman, as Executor of Nina Country-
man, Deceased, Respondent, *v.* State of New York,
Appellant.

(Claim No. 22047.)

Ernest L. Countryman, an Infant, by Percy A. Coun-
tryman, His Guardian ad Litem, Respondent, *v.* State
of New York, Appellant.

(Claim No. 22048.)

Cora J. Countryman, an Infant, by Percy A. Country-
man, Her Guardian ad Litem, Respondent, *v.* State of
New York, Appellant.

(Claim No. 22049.)

Robert P. Countryman, an Infant, by Percy A.
Countryman, His Guardian ad Litem, Respondent, *v.*
State of New York, Appellant.

(Claim No. 22050.)

Iva E. Countryman, an Infant, by Percy A. Country-
man, Her Guardian ad Litem, Respondent, *v.* State
of New York, Appellant.

(Claim No. 22051.)

Percy Countryman, Respondent, *v.* State of New
York, Appellant.

(Claim No. 22052.)

Argued January 20, 1938; decided March 1, 1938.

*John J. Bennett, Jr., Attorney-General* (*Leon M. Layden* of counsel), for appellant.

*S. W. Brennan* for respondents.

Orders affirmed, with one bill of costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.